JODI LINKER
Federal Public Defender
ELIZABETH FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:    415.436.7706
Elizabeth_falk@fd.org

Counsel for Defendant LOPEZ-STEIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER LOPEZ-STEIN,<br><br>Defendants. | Case No. CR 26-172 CRB<br><br>[~~PROPOSED~~] ORDER RE:<br>COMPETENCY EVALUATION |

For the reasons stated on the record, the parties submit the attached [Proposed] Order directing that defendant Christopher Lopez-Stein be evaluated for competency under 18 U.S.C. §§ 4241.

Date: <u>June 18, 2026</u>                              <u>      /S                              </u>
                                                              ELIZABETH FALK
                                                              Assistant Federal Public Defender

Date: June 18, 2026                                  <u>      /S                              </u>
                                                              JEAN FUNDAKOWSKI
                                                              Assistant U.S. Attorney

*US v. Lopez-Stein*, Case No. 26-172 CRB;
[~~Proposed~~] Order re: Competency Eval.                1

**[~~PROPOSED~~] ORDER**

THE COURT HEREBY FINDS THAT reasonable cause exists to believe that the defendant, Christopher Lopez-Stein, may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, pursuant to 18 U.S.C. § 4241(a).

THEREFORE, THE COURT NOW ORDERS that an evaluation of Mr. Lopez-Stein be conducted by a licensed or certified psychiatrist and/or psychologist in order to determine his mental competency pursuant to 18 U.S.C. § 4241(b). Accordingly, Mr. Lopez-Stein is committed to the custody of the Attorney General for placement in a suitable facility in order to conduct such an evaluation. The evaluation shall be conducted in a suitable facility closest to the Court.  Further, the time for the commitment for purposes of conducting the examination shall not exceed thirty days from the date he arrives at the facility, unless the director of the facility applies for a reasonable extension, not to exceed fifteen days, upon a showing of good cause. 18 U.S.C. §§ 4241(b), 4247(b).

THE COURT FURTHER ORDERS that the examining psychiatrists(s) and/or psychologist(s) prepare a report to be filed with the Court. The report shall include all of the information required by 18 U.S.C. § 4247(c)(1) through (c)(4)(A), including but not limited to:

1. the defendant's history and present symptoms;

2. A description of all the psychiatric, psychological and medical tests that were employed and the results;

3. The examiner's findings; and,

4. The examiner's opinions as to diagnosis, prognosis, and whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

///

///

///

///

*US v. Lopez-Stein*, Case No. 26-172 CRB;
[~~Proposed~~] Order re: Competency Eval.                    2

THE COURT FURTHER ORDERS that the examiner's report be submitted to the Court and the parties to this action on or before August 31, 2026.  If the examiner is unable to complete the report by August 31, 2026, the examiner shall notify the Court and parties in writing on or before August 15, 2026, and advise the Court and the parties as to when the report is expected to be submitted.

IT IS SO ORDERED.

Date:   June 24, 2026

_____
CHARLES BREYER
United States District Court Judge

*US v. Lopez-Stein*, Case No. 26-172 CRB;
[Proposed] Order re: Competency Eval.                3